UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA WHITEHEAD,

      Plaintiff(s),

  v.

SIMM ASSOCIATES, INC.,

      Defendant(s).
_____/

No. C-12-05158 DMR

**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Initial Case Management Conference previously scheduled for January 9, 2013 has been VACATED. Plaintiff shall submit a status report **by no later than February 7, 2013.** Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: January 3, 2013

DONNA M. RYU
United States Magistrate Judge