United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA WHITEHEAD, | No. C-12-05158 DMR |
| Plaintiff(s), | **ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SIMM ASSOCIATES, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for January 9, 2013 has been VACATED. Plaintiff shall submit a status report **by no later than February 7, 2013.** Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: January 3, 2013

DONNA M. RYU
United States Magistrate Judge