UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA WHITEHEAD,<br><br>        Plaintiff(s),<br><br>v.<br><br>SIMM ASSOCIATES, INC.,<br><br>        Defendant(s).<br>_____/ | No. C-12-05158 DMR<br><br>**ORDER RE FEBRUARY 7, 2013 STATUS REPORT** |

The court is in receipt of Plaintiff's February 7, 2013 status report. [Docket No. 11.] By no later than February 25, 2013, Plaintiff shall file either a motion for default judgment or a further status report.

Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: February 11, 2013

_____
DONNA M. RYU
United States Magistrate Judge