**United States District Court**
For the Northern District of California

1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8

9   SYLVIA WHITEHEAD,              No. C-12-05158 DMR

10        Plaintiff(s),         **ORDER RE FEBRUARY 7, 2013
STATUS REPORT**

11       v.

12  SIMM ASSOCIATES, INC.,

13        Defendant(s).
_____/
14

15     The court is in receipt of Plaintiff's February 7, 2013 status report.  [Docket No. 11.]  By no

16  later than February 25, 2013, Plaintiff shall file either a motion for default judgment or a further

17  status report.

18     Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this

19  Order and file a proof of service with the court.

20

21     IT IS SO ORDERED.

22

23  Dated:  February 11, 2013

24

25                       DONNA M. RYU
                              United States Magistrate Judge

26
27
28