United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVIA WHITEHEAD,

        Plaintiff(s),

   v.

SIMM ASSOCIATES, INC.,

        Defendant(s).

_____/

No. C-12-05158 DMR

**ORDER RE NOTICE OF SETTLEMENT**

The court is in receipt of Plaintiff's March 15, 2013 Notice of Settlement. [Docket No. 17.] The court hereby vacates all pending deadlines in this case. Plaintiff is ordered to file a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1) by no later than May 20, 2013.

IT IS SO ORDERED.

Dated: March 21, 2013

IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge