G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
SYLVIA WHITEHEAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA WHITEHEAD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SIMM ASSOCIATES, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 4:12-cv-05158-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41a(1), Plaintiff, SYLVIA WHITEHEAD, by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED:　　　　　　　　　　　**PRICE LAW GROUP APC**
May 15, 2013　　　　　　　　By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　Attorney for Plaintiff